No. —. BENJAMIN OLWEISS ET AL. *v.* UNITED STATES. January 17, 1944. The motion for leave to file a petition for writ of certiorari nunc pro tunc is denied.

No. 457. VIATOR ET AL. *v.* EDWINS, SHERIFF, ET AL. Appeal from and on petition for writ of certiorari to the Supreme Court of Mississippi. January 31, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a non-federal ground adequate to support it. The petition for writ of certiorari is denied. *Messrs. Albert Sidney Johnston, Jr.* and *William L. Guice* for appellants-petitioners. *Mr. J. H. Sumrall* for appellees-respondents.

No. 560. NATHANSON *v.* UNITED STATES. On petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. January 31, 1944. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Circuit Court of Appeals is vacated and the cause is remanded to the District Court of the United States for the Western District of Missouri with directions to proceed in conformity with the Act of December 23, 1943, c. 377, 57 Stat. 608. *Messrs. J. Francis O'Sullivan* and *Maurice J. O'Sullivan* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States. See *post*, p. 746.

No. —. ILLINOIS EX REL. WILLIAMS *v.* RAGEN, WARDEN; and
No. —. EX PARTE GARFIELD J. KELLY. January 31, 1944. Applications denied.